IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP -2 2015

CLERK
SO. DIST. OF GA

MICHAEL JONES, on behalf of )
Patti Jane Martensen, )
)
    Plaintiff, )
)
v. )    CASE NO. CV414-130
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security, )
)
    Defendant. )
    )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 11), to which no objections have been
filed. Accordingly, the Report and Recommendation is
**ADOPTED** as the Court's opinion and the Commissioner's
decision denying benefits is **AFFIRMED**. The Clerk of Court
is **DIRECTED** to close this case.

SO ORDERED this _2ᴺᴰ_ day of September 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA